UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1498

AMERICAN HOME ASSURANCE COMPANY,
                                            Appellant

v.

SUPERIOR WELL SERVICES, INC

(W.D. Pa. No. 2-16-cv-01065)
_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  JORDAN, KRAUSE and BIBAS, *Circuit Judges*.

Having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel filed by the appellee in the above-entitled case is GRANTED.  The opinion and judgment entered on May 31, 2023 are hereby vacated.

As the merits panel has granted panel rehearing, no further action will be taken by the en banc court.  The Clerk is directed to file the amended opinion and judgment contemporaneously with this Order.

BY THE COURT,

  s/   Kent A. Jordan
Circuit Judge

DATED:  July 25, 2023

kr/cc: All Counsel of Record